IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| GARY WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-660-A |
| | § | |
| AMR CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

By order signed November 4, 2009, in the above-captioned action the pretrial conference in such action was scheduled to be conducted at 9:00 a.m. on March 8, 2010. The order setting schedule the court signed in such action on December 11, 2008, directed that a pretrial order was to be presented to the court by noon three business days prior to the pretrial conference. The December 11, 2008, order further required that the parties have a meeting to discuss settlement at least ten days before the pretrial conference and that within three business days after such meeting the parties jointly prepare and file a written report concerning the settlement meeting. The deadline for the filing of a pretrial order and the filing of the report of a settlement meeting has passed, and neither of those items has been filed. Therefore, the court assumes that plaintiff has decided not to continue the prosecution of his claims in this

action and that the action should be dismissed.  The court plans to dismiss the action on the date of the signing of this order if plaintiff, Gary Wright, has not filed a document in this action by 4:00 p.m. on this date providing a satisfactory explanation as to why the items mentioned above were not timely filed and showing cause why the action should not be dismissed.

THE COURT SO ORDERS.

SIGNED March 5, 2010.

JOHN McBRYDE
United States District Judge

2