

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GARY WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-660-A |
| | § | |
| AMR CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

When the court's staff was placing telephone calls earlier on this date to inform the parties of the order the court signed earlier, she was informed that the above-captioned action was settled and that a letter had been mailed to the court informing the court of the settlement. A paralegal in the office of Payne Mitchell Law Group sent the staff member a copy of the letter by facsimile transmission. It shows to be dated February 12, 2010. The court has no record of having received the letter. Counsel should be aware that communications to the court should not be attempted in the form of letters, but always should be in the form of a motion or other appropriate document prepared, served, and filed in compliance with the applicable Federal Rules of Civil Procedure and local rules of this court. Because of the failure of the parties to comply with that practice in this action, the court has wasted a significant amount of time in the

handling of this action. The letter advising of the settlement, if it had been received and given effect by the court, would not have given the court enough information to understand what action the court should take. The letter was directed to the court clerk and simply stated that "[t]he above case settled at mediation. Thank you." The court is extremely disappointed with the conduct of counsel in this action.

Because of the information the court has received that this action has been settled,

The court ORDERS that all claims asserted by any party to the above-captioned action be, and are hereby, dismissed with prejudice.

SIGNED March 5, 2010.

_____
JOHN McBRYDE
United States District Judge