IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| GARY WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-660-A |
| | § | |
| AMR CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted by any party to the above-captioned action be, and are hereby, dismissed with prejudice.

SIGNED March 5, 2010.

_____
JOHN McBRYDE
United States District Judge